**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Cedric Levar BROWN, Defendant-
Appellant.**

No. 16-14707
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(March 17, 2017)

Holly Lynn Gershow, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Kelly S. Karase, U.S. Attorney's Office, Miami, FL, Plaintiff-Appellee

Cedric Levar Brown, Pro Se

Before TJOFLAT, WILLIAM PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Charles Truncale, appoint counsel for Cedric Levar Brown, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Brown's conviction and sentence are **AFFIRMED**.